# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00134-CV

### W. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 425TH DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 12-0026-CPS425, HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant W.B. filed his notice of appeal on February 25, 2014. W.B.'s appointed counsel requested and received one extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant an extension and order counsel to file appellant's brief no later than June 16, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

The motion to dismiss this appeal filed by W.B.'s counsel is denied.

It is ordered on May 30, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose